```
           IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,      )
                               )
               Plaintiff,      )
                               )           4:07CR3039
       v.                      )
                               )
OLARD VINSON,                  )
                               )        MEMORANDUM AND ORDER
               Defendant.      )
                               )
```

Defendant first appeared in this case on February 27, 2007 pursuant to a writ of habeas corpus ad prosequendum issued by this court, because he was at that time serving a state sentence in the Lancaster County Jail. See filings 5, 6. The government asked for detention, and United States District Judge Richard G. Kopf continued the detention hearing until today.

Meanwhile, defendant completed his state sentence and came into federal custody March 2. In addition, earlier today he was taken by writ into Lancaster County custody on another state case for sentencing, and was sentenced in that case to two concurrent terms of 360 days in jail. Once that sentencing proceeding was completed, he was returned to federal custody and transported to this court for the detention hearing.

The defendant requested to be placed back into state custody so he can serve his new state sentences during the pendency of this case. The government did not object to that proposal, and I shall grant it. Since the defendant is not going to be physically released from custody at this time, however, a full order setting conditions of release will not be entered at this time.

IT THEREFORE HEREBY IS ORDERED:

1. The United States Marshal shall forthwith release the defendant to the appropriate state or county corrections facility for service of his state sentences. Defendant's release is subject to the following condition:

> Defendant shall, not later than ten days prior to any anticipated release from physical custody of Lancaster County Corrections (including for work release or other temporary release), report to this court, through his attorney, that such release is being planned, requested, or anticipated. At that time he will be ordered to appear before me for consideration of detention or setting conditions of release.

2. The United States Marshal shall provide a copy of this order to the defendant's custodian, who is respectfully requested to notify assigned Pretrial Services Officer Fred Samway of any requested or anticipated release of the defendant as soon as practicable.

DATED this 6th day of March, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge

2