IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                              )<br>           Plaintiff,         )<br>                              )         4:07CR3039<br>     v.                       )<br>                              )<br> OLARD VINSON,                 )<br>                              )         MEMORANDUM AND ORDER<br>           Defendant.         )<br>                              ) | |

Defendant has notified the court that he intends to seek work release while serving his state sentence; such release would require an order from this court releasing him on conditions. In accordance with the previous order of March 6, 2007,

IT IS ORDERED,

1. A hearing on the defendant's request for release shall be held April 18, 2007 at 1:30 p.m. before the undersigned. The defendant shall be present.

2. The clerk shall issue forthwith a Writ of Habeas Corpus Ad Prosequendum for service on the defendant's custodian for his attendance at the hearing.

DATED this 17th day of April, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge