IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>) <br>v. )<br>)<br>OLARD VINSON, )<br>)<br>Defendant. )<br>) | 4:07CR3039<br><br>ORDER |

IT IS ORDERED:

Counsel's letter request for the court's approval for defendant to seek work release while serving his state court sentence is denied.

DATED this 18th day of April, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge