IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Case No. 4:07CR3039 |
| OLARD VINSON, ) | |
| Defendant. ) | |

## ORDER

THIS MATTER comes before the Court on Defendant's Motion to Continue Sentencing Hearing, filing 32, from July 17, 2007, until a date certain after November 1, 2007. The Court, being fully advised in the premises, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the Defendant's sentencing hearing shall be continued until Tuesday, November 6, 2007, at 1:00 p.m. The Defendant is ordered to appear at said time. This Court further finds that, based upon the showing set forth in Defendant's motion, the ends of justice will be served by continuing Defendant's sentencing hearing.

Dated this 11th day of June, 2007.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge